UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MILLAN,<br><br>    Petitioner,<br><br>vs.<br><br>JOHN MARSHAL, WARDEN,<br><br>    Respondent. | ) Case No. CV 09-0740-JFW(RC)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's request to withdraw his petition, and has made a <u>de</u> <u>novo</u> determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) respondent's motion to dismiss the habeas corpus petition is granted, and Judgment shall be entered dismissing the petition without prejudice.

//

1  This Court finds the appeal is not taken in good faith, and
2  petitioner has not made a substantial showing that he has been denied
3  a constitutional right and that this Court was not correct in its
4  procedural rulings, for the reasons set forth in the Report and
5  Recommendation. Accordingly, a certificate of appealability should
6  not issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).
7  <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146
8  L. Ed. 2d 542 (2000); <u>Jones v. Smith</u>, 231 F.3d 1227, 1231-32 (9th Cir.
9  2001).

11  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
12  Order and the Magistrate Judge's Report and Recommendation by the
13  United States mail on petitioner.

15  DATED: 11/25/09

            JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE

19  R&Rs\09-0740.ado
    11/24/09