UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MILLAN, | ) Case No. CV 09-0740-JFW(RC) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| JOHN MARSHAL, WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: 11/25/09

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R\09-0740.jud
11/9/09